NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Galen SNYDER,  Plaintiff,  v.  Gail BRISEBOIS and Corerdy BRISEBOIS,  Defendants. | Civ. No. 12-148  OPINION and ORDER |

THOMPSON, U.S.D.J.

This matter has come before the Court by way of Complaint of Plaintiff Galen Snyder [docket # 1]. Plaintiff also has submitted an application to proceed *in forma pauperis*. For the reasons given below, the Court, acting *sua sponte*, will dismiss the claims against the Defendants Gail Brisebois and Corerdy Brisebois.

After reviewing the Complaint, it does not appear as though Plaintiff has raised any federal questions over which this Court may exercise jurisdiction. The dispute revolves around the relationship between the Plaintiff and his daughter, Gail Brisebois. Apparently, Plaintiff has had medical conditions that caused him to seek the care of his previously-estranged daughter. The daughter then improperly took money and exercised control over Plaintiff. Corerdy Brisebois, the other Defendant, allegedly joined Gail Brisebois in this plot. No specific allegations are raised against either Defendant. To the extent that Plaintiff's Complaint raises any claims at all (e.g., conversion or false imprisonment), those claims are distinctly state law claims. Moreover, both Plaintiff and the Defendants are all identified as residing in the State of New Jersey. As such, this case must be dismissed for lack of subject matter jurisdiction.

Therefore, it is on this 11th day of January, 2012

ORDERED that Plaintiff's Complaint shall be dismissed for lack of subject matter jurisdiction; and it is

ORDERED that Plaintiff's application to proceed *in forma pauperis* is denied as moot; and it is

ORDERED that this case is closed.

       /s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.